G. Bryan Brannan, Esq., Bar No. 135579
BRANNAN LAW OFFICES
100 N. Westlake Blvd.
Suite 201
Westlake Village, CA 91362
Telephone: (805)777-0110

Attorney for Debtor, YKA Industries, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>Y.K.A. Industries, Inc.,<br><br>Debtor and<br>Debtor-in-Possession | Case No. 1:15-bk-11434-VK<br><br>Chapter 11<br><br>LIST OF EQUITY SECURITY HOLDERS<br><br>Date: N/A<br>Time: N/A<br>Place: 21041 Burbank Blvd., Courtroom 301, Woodland Hills, CA |

BRANNAN LAW OFFICES

DATED: June 4, 2015

By: /s/
G. Bryan Brannan, Esquire
Attorneys for
YKA INDUSTRIES, INC.
Debtor and Debtor in Possession