```
G. Bryan Brannan, Esq., Bar No. 135579
BRANNAN LAW OFFICES
100 N. Westlake Blvd.
Suite 201
Westlake Village, CA   91362
Telephone: (805)777-0110

Attorney for Debtor-In-Possession,
YKA Industries, Inc.
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>Y.K.A. Industries, Inc.,<br><br>Debtor and<br>Debtor-in-Possession | Case No. 1:15-bk-11434-VK<br><br>Chapter 11<br><br>OPPOSITION TO MOTION OF UST TO DISMISS OR CONVERT; DECLARATION OF G. BRYAN BRANNAN<br><br>Date: 6/18/2015<br>Time: 1:00 p.m.<br>Place: 21041 Burbank Blvd., Courtroom 301, Woodland Hills, CA |

COMES NOW, Debtor and Debtor in Possession YKA Industries, Inc. in opposition to the Motion of the United States Trustee to Dismiss or Convert this case. This Opposition is based upon the fact that, as of the time of the hearing, the Debtor will have complied with all of the issues presented by the United States Trustee which call for dismissal. This opposition and

1

OPPOSITION TO THE MOTION OF THE UNITED STATES TRUSTEE

compliance with those requests was not possible prior to the filing of this opposition because Goldrich and Kest, a customer of the Debtor, did not turn over funds sufficient to buy the necessary liability insurance until Friday of last week and the policies have just been bound as of yesterday. Furthermore, the $2000.00 order was paid to the IRS, per the Court's May 14, 2015, in person yesterday and the fees owing to the United States Trustee ($325.00) have been paid.

Therefore, the Debtor is currently in a position to clear all of the defects alleged by the United States Trustee. A supplemental Opposition will be filed later today which sets forth how each defect has been remedied.

BRANNAN LAW OFFICES

DATED: June 17, 2015            By:  **/s/ G. Bryan Brannan**
                                     G. Bryan Brannan, Esquire
                                     Attorneys for
                                     YKA INDUSTRIES, INC.
                                     Debtor and Debtor in
                                     Possession

**DECLARATION OF G. BRYAN BRANNAN**

I, G. Bryan Brannan, do hereby declare and state:

    1.   I am the attorney for the Debtor herein, YKA Industries, Inc.

    2.   I have personal knowledge of the facts to which I herein attest and, if called as a witness, could and would competently testify thereto.

    3.   At the time of the hearing, the Debtor will have complied with all of the issues presented by the United States Trustee which call for dismissal.

    4.   Compliance with those requests was not possible prior to the filing of this opposition because Goldrich and Kest, a customer of the Debtor, did not turn over funds sufficient to buy the necessary liability insurance, and make the IRS payment, until Friday of last week and the policies have just been bound as of yesterday.

    5.   The $2000.00 order was paid to the IRS, per the Court's May 14, 2015, in person yesterday and the fees owing to the United States Trustee ($325.00) have been paid.

    6.   Therefore, the Debtor is currently in a position to clear all of the defects alleged by the United States Trustee. A supplemental Opposition will be filed later today which sets forth how each defect has been remedied.

1   I declare under the penalty of perjury of the laws of the
2  United States of America that the foregoing is true and correct
3  to the best of my knowledge.  Executed at Westlake Village,
4  California on June 17, 2015.
5
6
7                                    /s/  G. Bryan Brannan

4

OPPOSITION TO THE MOTION OF THE UNITED STATES TRUSTEE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

100 N. Westlake Blvd., Suite 201
Westlake Village, CA  91362

A true and correct copy of the foregoing document entitled (*specify*): OPPOSITION TO THE MOTION OF THE UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11; Points and Authorities; Declaration of g. Bryan Brannan **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/17/15, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Russell.Clementson@usdoj.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 5/21/15, at 12:55 p.m. and 1:10 p.m., respectively, as evidenced by the attached receipt, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge Victoria Kaufman, United States Bankruptcy Court, 21041 Burbank Blvd., Suite 324/Courtroom 301, Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 17, 2015 | G. Bryan Brannan, Esq. | /s/ G. Bryan Brannan, Esq. |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

OPPOSITION TO THE MOTION OF THE UNITED STATES TRUSTEE