LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ANNIE VERDRIES, State Bar No. 91049
2     annie.verdries@lewisbrisbois.com
   DOAH KIM, State Bar No. 287071
3     doah.kim@lewisbrisbois.com
   633 W. 5th Street, Suite 4000
4  Los Angeles, CA 90071
   Telephone: 213.250.1800
5  Facsimile:  213.250.7900

6  [PROPOSED] Attorneys for
   AMY L. GOLDMAN, Chapter 11 Trustee
7
                    UNITED STATES BANKRUPTCY COURT
8
           CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION
9

| In re: | Case No: 1:15-bk-11434-VK |
|---|---|
| YKA INDUSTRIES, INC., | Chapter 11 |
| Debtor. | **CHAPTER 11 TRUSTEE'S STATUS REPORT ON CHAPTER 11 CASE AND REQUEST FOR CASE CONVERSION** |
| | Case Status Conference |
| | Date:  July 9, 2015 |
| | Time:  1:00 p.m. |
| | Place:  Courtroom 301 |

TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE:

Per the Court's June 15, 2015 order setting case status conference, AMY L. GOLDMAN the duly appointed and acting Chapter 11 Trustee ("Trustee") for the bankruptcy estate of YKA INDUSTRIES, INC. ("Debtor") hereby submits the within case status conference report:

1.    The Debtor commenced the above-referenced bankruptcy case by filing a petition for relief under Chapter 11 of Title 11 of the United States Code on April 24, 2015 (the "Filing Date").[1] However, after various concerns expressed by the Office of the United States Trustee ("OUST"), on June 23, 2015, the Court entered an Order Directing the Appointment of a Chapter 11 Trustee.

---

[1] The instant bankruptcy case is the Debtor's second filing within the last four months. Debtor's prior chapter 11 case, filed on March 20, 2015 (Case No. 1:15-bk-10963-VK), was dismissed on April 21, 2015 for Debtor's failure to file schedules and other requisite documents in accordance with Federal Rule of Bankruptcy 1007.

4832-5647-4917.2

1. Thereafter, on June 26, 2015, Amy L. Goldman, was appointed as the Chapter 11 Trustee ("Trustee").

2. Shortly before the Trustee's appointment, the Trustee had been contacted by Mr. G. Bryan Brannan, the Debtor's counsel. Mr. Brannan expressed some issues about her appointment as Chapter 11 Trustee and indicated that he would communicate his concerns to the OUST.

3. In response and in an effort to work collaboratively, the Assistant U.S. Trustee, Jennifer Braun, directed an email to Mr. Brannan suggesting he and the principal of the Debtor come to the U.S. Trustee's office on Friday, June 26, 2015 to meet with her and the Trustee to discuss general case matters. The Debtor and its attorney did not respond to Ms. Braun's email and did not appear at the June 26, 2015 meeting. Accordingly, the Trustee's appointment was entered on Friday afternoon, June 26, 2015.

4. On Monday, June 29, 2015, the Trustee's proposed counsel directed correspondence to Mr. Brannan, requesting various documents and a prompt response (true and correct copies of all those emails are attached as Exhibit "A"). On the same afternoon, Mr. Brannan replied stating that he had forwarded the emails to the Debtor (a true and correct copy of his response is attached as Exhibit "B"). On Tuesday, June 30, 2015, the Trustee's counsel addressed a further email to Mr. Brannan, to which there has been no response (a true and correct copy is attached as Exhibit "C").

5. In addition, the Trustee's administrator placed several calls to the Debtor's principal, all of which have gone unreturned. To date, no documentation has ever been provided by either the Debtor's counsel or Mr. Andrew Krayndler, the Debtor's president.

6. The Trustee is currently in the process of trying to obtain access to the Debtor's former business premises to inspect and, where appropriate, take control of the inventory equipment, vehicles and financial records, if any. The Debtor has not provided the Trustee any access to the business premises and thus far, has failed to cooperate in any manner.

7. Based on the information currently available to the Trustee, the Debtor ceased business operation at least 3 months ago, no longer has any employees, and is a suspended corporation without a valid contractor's license (a true and correct copies of the Secretary of State business entity search result for the Debtor and contractor's license information are attached as

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-5647-4917.2

2

1  Exhibit "D"). In fact, it appears that the Debtor has been operating with an invalid contractor's

2  license for about three (3) years. The Debtor's former principal, Yoseph Krayander, whose name

3  the contractor's license is in, passed away in July 2012, around which time probate was opened (a

4  true and correct copy of the probate proceeding cover sheet is attached as Exhibit "E"). It does not

5  appear that anyone notified the Contractor's Licensing Board of Mr. Yoseph Krayndler's passing.

6      8. Of even greater significance is the fact that the Debtor has no current insurance. The

7  Debtor provided the OUST with a copy of a certificate reflecting liability coverage but failed to

8  inform the OUST that the policy was canceled in March 2015 for non-payment. Trustee's proposed

9  counsel was advised of this by Fred Mahjoubii, the Debtor's former insurance broker (true and

10  correct copies of the Certificate of Liability Insurance and correspondence from Mr. Mahjoubii are

11  attached as Exhibit "F").

12      9. The Debtor's Exhibit B to Schedule B filed on May 15, 2015 also reflects 10-12

13  older vehicles presumably used for the business. Despite the Trustee's requests for title documents

14  and insurance policies for the vehicles, the Trustee currently has no information on insurance or

15  certificates of ownership.

16      10. The Trustee has, however, taken control of the Debtor's bank account which had

17  $139,229.45 on deposit.

18      Based on these exigent circumstances and the total inability of the Debtor to

19  reorganize, the Trustee respectfully request the Court, in conformity with its June 15, 2015 Order,

20  convert this case to one under Chapter 7 of the Bankruptcy Code without further notice (a copy of

21  the Court's Order is attached as Exhibit "G" for the Court's convenience).

22

23  DATED: July 1, 2015        Respectfully submitted,

24                                 LEWIS BRISBOIS BISGAARD & SMITH LLP

25

26                                 By:_____

27                                 DOAH KIM
                               [Proposed] Attorneys for AMY L. GOLDMAN
28                                 Chapter 11 Trustee

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-5647-4917.2                               3

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 633 West 5th Street, Suite 4000, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as: **CHAPTER 11 TRUSTEE'S STATUS REPORT ON CHAPTER 11 CASE AND REQUEST FOR CASE CONVERSION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 1, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jennifer L. Braun: jennifer.l.braun@usdoj.gov
William H. Brownstein: Brownsteinlaw.bill@gmail.com
Russell Clementson: russell.clementson@usdoj.gov
Amy L. Goldman (TR): gabriela.garcia@lewisbrisbois.com, agoldman@ecf.epiqsystems.com
Allan H. Ickowitz: aickowitz@nossaman.com, mwiman@nossaman.com
Najah J. Shariff: najah.shariff@usdoj.gov
United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov
Annie Verdries: verdries@lbbslaw.com, Autodocket@lbbslaw.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On July 1, 2015, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

[ X ] Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY. FACSIMILE TRANSMISSION OR E-MAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

July 1, 2015        Marion R. Diamond         /s/ M. Diamond
Date                Type Name                 Signature

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4832-5647-4917.2

20

4

**SERVICE LIST**
**In re YKA Industries, Inc.**
**1:15-bk-11434-VK**

**BY U.S. MAIL:**

**DEBTOR:**
YKA Industries, Inc.
6103 Tyrone Avenue
Van Nuys, CA 91401

**DEBTOR'S COUNSEL:**
G. Bryan Brannan, Esq.
Brannan Law Offices
100 North Westlake Boulevard, Suite 201
Westlake Village, CA 91362

**THE HONORABLE VICTORIA S. KAUFMAN:**
United States Bankruptcy Court
Central District of California
San Fernando Valley Division
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

**CREDITORS:**
360 Risk Partners
1101 Fulton Avenue, Suite 104
Sacramento, CA 95825

Active Mortgage Corp.
5150 Overland Avenue
Culver City, CA 90230

Allen H. Ickowitz, Esq.
Nossaman, LLP
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017

AT&T
P.O. Box 5025
Carol Stream, IL 60197

Best Choice Insurance
P.O. Box 4312
Woodland Hills, CA 91367

City of L.A. (Business License)
P.O. Box 513996
Los Angeles, CA 90051

City of L.A. (Parking Tickets)
P.O. Box 30470
Los Angeles, CA 90030

Corona Millworks
5572 Edison Avenue
Chino, CA 91710

Creditors Adjustment
14226 Ventura Boulevard
Sherman Oaks, CA 91423

Department of Housing
P.O. Box 1979
Sacramento, CA 95812

DMV
P.O. Box 4287
Sacramento, CA 94297

Dunn Edwards Paint
4885 East 52nd Place
Los Angeles, CA 90058

East West Bank
P.O. Box 60021
City of Industry, CA 91716

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-5647-4917.2                              5

21

| | |
|---|---|
| EDD<br>P.O. Box 826880, MIC9E<br>Sacramento, CA 94280 | EDD<br>P.O. Box 989073<br>West Sacramento, CA 95798 |
| Erika Krayndler<br>6103 Tyrone Avenue<br>Van Nuys, CA 91401 | Forest Plywood<br>14711 Artesia Boulevard<br>La Mirada, CA |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Harters Surfaces<br>12612 Osborne Street<br>Pacoima, CA 91331 |
| Holtz Slavett Drabkin<br>315 South Beverly Drive, Suite 515<br>Beverly Hills, CA 90212 | Infinity Insurance<br>11700 Great Oaks Way, Suite 450<br>Alpharetta, GA 30022 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jones Lumber<br>10711 South Alameda Street<br>Lynwood, CA 90262 |
| Kleen Kraft Services<br>P.O. Box 91-1209<br>Commerce, CA 90091 | Perfect Temperature Control<br>8055 Lankershim Boulevard, Suite 5<br>North Hollywood, CA 91605 |
| South Bay Acceptance Corp.<br>P.O. Box 2141<br>Columbus, GA 31902 | State Compensation Insurance Fund<br>5880 Owens Drive<br>Second Floor, Building B<br>Pleasanton, CA 94588 |
| State Fund Insurance<br>P.O. Box 7441<br>San Francisco, CA 94120 | Steven & Janis Friedman<br>205 South Almont Drive<br>Beverly Hills, CA 91331 |
| SureTec Insurance Bond<br>P.O. Box 5008<br>Woodland Hills, CA 91365 | The Gas Company<br>6550 Van Nuys Boulevard<br>Van Nuys, CA 91401 |
| Ty Communications<br>18034 Ventura Boulevard, Suite 272<br>Encino, CA 91316 | Union Bank<br>P.O. Box 51719<br>Los Angeles, CA 90051 |
| Verizon<br>P.O. Box 660108<br>Dallas, TX 75266 | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-5647-4917.2        6