# EXHIBIT A

Exhibit A    Page 2 of 4

## Goldman, Amy

| | |
|---|---|
| **From:** | Verdries, Annie |
| **Sent:** | Monday, June 29, 2015 9:37 AM |
| **To:** | brannanlaw@yahoo.com |
| **Subject:** | YKA Industries chapter 11 |

Mr. Brannan,
This office is proposed counsel for the chapter 11 trustee.
Please have Debtor provide information and documents ASAP as follow :

Did debtor file the tax returns it was required to file pursuant to the cash collateral stipulation? Please email me copies.
I need a copy of all bank statements and check register for all debtor's post petition accounts.
We need a copy of all bank statements and check register for all Debtor's bank accounts for the period of one year ending immediately prior to the filing of the bankruptcy petition.
I understand Debtor wants to reorganize, so we need Debtor projections of income and expenses for the next twelve month, assuming debtor were operating.
Debtor is suspended and we need information as to how Debtor plans to correct this if he were to reorganize. The contractor's license for debtor is under Joseph Krayndler.
Please have Debtor indicate how and when the corporation will be re-licensed if debtor were to reorganize.
Please have all documents e- mailed to me within the next two days.
Thanks.

Sent from my iPad
Annie Verdries
Partner
Costa Mesa
714.668.5552 or x3452

Sent from my iPad
Annie Verdries
Partner
Costa Mesa

714.668.5552 or x3452nt from my iPad



**Annie Verdries**
Partner
Annie.Verdries@lewisbrisbois.com
**650 Town Center Drive, Suite 1400**
**Costa Mesa, CA 92626**

**T: 714.668.5552  F: 714.850.1030**

LewisBrisbois.com  

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended

1

"EXHIBIT ___A___ PAGE ___4___."

# Goldman, Amy

**From:** Verdries, Annie
**Sent:** Monday, June 29, 2015 12:04 PM
**To:** brannanlaw@yahoo.com
**Subject:** Re: YKA Industries chapter 11

Mr. Brannan,
I immediately need some additional information.
Please have debtor provide me with a copy of the lease for the Van Nuys real property, the keys and the code for any alarm system.
I also need the insurance documents related to said property.
Debtor needs to provide the title documents and insurance policies for all vehicles.
Thanks.
Sent from my iPad



**Annie Verdries**
Partner
Annie.Verdries@lewisbrisbois.com

650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626

T: 714.668.5552  F: 714.850.1030

LewisBrisbois.com   

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

On Jun 29, 2015, at 9:36 AM, Verdries, Annie <Annie.Verdries@lewisbrisbois.com> wrote:

> Mr. Brannan,
> This office is proposed counsel for the chapter 11 trustee.
> Please have Debtor provide information and documents ASAP as follow :
>
> Did debtor file the tax returns it was required to file pursuant to the cash collateral stipulation? Please email me copies.
> I need a copy of all bank statements and check register for all debtor's post petition accounts.
> We need a copy of all bank statements and check register for all Debtor's bank accounts for the period of one year ending immediately prior to the filing of the bankruptcy petition.
> I understand Debtor wants to reorganize, so we need Debtor projections of income and expenses for the next twelve month, assuming debtor were operating.
> Debtor is suspended and we need information as to how Debtor plans to correct this if he were to reorganize.
> The contractor's license for debtor is under Joseph Krayndler.

1

*EXHIBIT A  PAGE 5*

Please have Debtor indicate how and when the corporation will be re-licensed if debtor were to reorganize.
Please have all documents e- mailed to me within the next two days.
Thanks.

Sent from my iPad
Annie Verdries
Partner
Costa Mesa
714.668.5552 or x3452

Sent from my iPad
Annie Verdries
Partner
Costa Mesa

714.668.5552 or x3452nt from my iPad

"EXHIBIT _A_ PAGE _6_"

2