# EXHIBIT B

## Goldman, Amy

| | |
|---|---|
| **From:** | Verdries, Annie |
| **Sent:** | Monday, June 29, 2015 1:27 PM |
| **To:** | Brannan Law |
| **Subject:** | Re: YKA Industries chapter 11 |

Thanks!

Sent from my iPad

Annie Verdries
Partner
Annie.Verdries@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626
T: 714.668.5552  F: 714.850.1030

www.LewisBrisbois.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.
> On Jun 29, 2015, at 1:25 PM, Brannan Law <brannanlaw@yahoo.com> wrote:
>
> Ms. Verdies:
>
> I have received your emails and forwarded them to the Debtor.
>
> GBB
>
>
> On Mon, 6/29/15, Verdries, Annie <Annie.Verdries@lewisbrisbois.com> wrote:
>
> Subject: YKA Industries chapter 11
> To: "brannanlaw@yahoo.com" <brannanlaw@yahoo.com>
> Date: Monday, June 29, 2015, 9:36 AM
>
>

"EXHIBIT _B_ PAGE _7_"

1