# EXHIBIT C

**Goldman, Amy**

| | |
|---|---|
| **From:** | Verdries, Annie |
| **Sent:** | Tuesday, June 30, 2015 6:39 PM |
| **To:** | Brannan Law |
| **Subject:** | Re: YKA Industries chapter 11 |

Mr. Brannon,
We have not received any documents or information from your client.
Because there is no insurance your client, its principal and persons in control are hereby
instructed not to access debtor's premises or use any of its vehicles or equipment.
I want to remind you that Debtor has a duty to cooperate with the trustee.

Sent from my iPad

Annie Verdries
Partner
Annie.Verdries@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626
T: 714.668.5552  F: 714.850.1030

www.LewisBrisbois.com

This e-mail may contain or attach privileged, confidential or protected information intended
only for the use of the intended recipient. If you are not the intended recipient, any review or
use of it is strictly prohibited. If you have received this e-mail in error, you are required to
notify the sender, then delete this email and any attachment from your computer and any of
your electronic devices where the message is stored.
> On Jun 29, 2015, at 1:25 PM, Brannan Law <brannanlaw@yahoo.com> wrote:
>
> Ms. Verdies:
>
> I have received your emails and forwarded them to the Debtor.
>
> GBB
>
>
> On Mon, 6/29/15, Verdries, Annie <Annie.Verdries@lewisbrisbois.com> wrote:
>
> Subject: YKA Industries chapter 11

"EXHIBIT___C___PAGE___8___"