# EXHIBIT D

## California Secretary of State Alex Padilla

Secretary of State Main Website | Business Programs | Notary & Authentications | Elections | Campaign & Lobbying

**Business Entities (BE)**

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page
Service Options
Name Availability
Forms, Samples & Fees
Statements of Information (annual/biennial reports)
Filing Tips
Information Requests (certificates, copies & status reports)
Service of Process
FAQs
Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, June 30, 2015. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | Y.K.A. INDUSTRIES, INC. |
| Entity Number: | C1889991 |
| Date Filed: | 05/31/1994 |
| Status: | FTB SUSPENDED |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 6103 TYRONE AVE. |
| Entity City, State, Zip: | VAN NUYS CA 91401 |
| Agent for Service of Process: | EDWIN C. SCHREIBER |
| Agent Address: | 16633 VENTURA BLVD. STE. 711 |
| Agent City, State, Zip: | ENCINO CA 91436 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Modify Search    New Search    Printer Friendly    Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2015    California Secretary of State

"EXHIBIT _D_ PAGE _9_"

| Consumers | Contractors | Online Services | Media Room | About Us |

## Classifications

B - GENERAL BUILDING CONTRACTOR

## Bonding Information

### Contractor's Bond

This license filed a Contractor's Bond with SURETEC INDEMNITY COMPANY.

**Bond Number:** 120607

**Bond Amount:** $12,500

**Effective Date:** 01/14/2014

Contractor's Bond History

### Bond of Qualifying Individual

The Responsible Managing Officer (RMO) KRAYNDLER YOSEPH certified that he/she owns 10 percent or more of the voting stock/equity of the corporation. A bond of qualifying individual is **not** required.

**Effective Date:** 12/07/1995

## Workers' Compensation

This license is exempt from having workers compensation insurance; they certified that they have no employees at this time.

**Effective Date:** 06/19/2015
**Expire Date:** None

Workers' Compensation History


"EXHIBIT D PAGE 10"