# EXHIBIT E

# Case Summary

### CASE SUMMARY

( PRINT )  ( NEW SEARCH )

Case Number: BP135985
KRAYNDLER, YOSEPH - DECEDENT

Filing Date: 07/31/2012
Case Type: Letters of Administration (General Jurisdiction)
Status: Pending

### Future Hearings

None

Documents Filed | Proceeding Information

### Parties

ACTIVE MORTGAGE CORP. A CALIFORNIA CORP. - Real Party in Interest
GARDNER STEVEN H. ESQ. - Attorney for Petitioner
GRUENWALD GIANNA ESQ. - Attorney for Claimant
HIRSCH MICHELLE - Petitioner
KRAYNDLER ANDREW - Petitioner
KRAYNDLER ERIKA - Petitioner
KRAYNDLER JOSEPH - AKA
KRAYNDLER YOSEPH - Subject Person
KROO IOSEF - Respondent
KROO JUDY - Respondent
OVERLAND FINANCIAL CO. LLC - Claimant
PUBLIC ADMINISTRATOR - Public Administrator
REIFMAN IRVING - Probate Referee
RICHTER SCOTT M. ESQ. - Attorney for Respondent
RUDNER ERIKA - Petitioner
SCHREIBER EDWIN C. - Attorney for Petitioner
SUPERIOR COURT - Court
TAGUE SUZANNE M. ESQ. - Attorney for Creditor
TAGUE SUZANNE M. ESQ. - Attorney for Claimant

Case Information | Party Information | Proceeding Information

**Documents Filed** (Filing dates listed in descending order)
Click on any of the below link(s) to see documents filed on or before the date indicated:
09/10/2014   11/14/2012

**06/03/2015** Objection Document (OBJECTION TO OBJECTION )
Filed by Attorney for Respondent

"EXHIBIT ___E___ PAGE __11__"

**05/06/2015** Supplement (THIRD TO FIRST ACCOUNT CURRENT )
Filed by Attorney for Petitioner

# Goldman, Amy

| | |
|---|---|
| **From:** | Verdries, Annie |
| **Sent:** | Monday, June 29, 2015 10:49 AM |
| **To:** | Goldman, Amy |
| **Subject:** | YKA |

Date of death 7/16/2012
Died intestate
Wife, Erica appointed executrix 9/12/2012 Case no. BP 123985 in LA Superior Court Sent from my iPad Annie Verdries Partner Costa Mesa
714.668.5552 or x3452

"EXHIBIT E PAGE 12.