# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In re:     YKA Industries, Inc. | § | Case No. 1:15-bk-11434-VK |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Amy L. Goldman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:   $165.00 | Assets Exempt:     N/A |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:     $389,834.10 | Claims Discharged Without Payment:   N/A |
| Total Expenses of Administration:  $352,899.38 | |

3)  Total gross receipts of $742,733.48 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $742,733.48 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 571,419.22 | 426,542.34 | 426,532.34 | 349,029.54 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 337,270.70 | 337,270.70 | 337,270.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 15,628.68 | 15,628.68 | 15,628.68 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 613,890.23 | 128,302.36 | 128,302.36 | 40,804.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,883,635.35 | 2,028,917.17 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$17,068,944.80** | **$2,936,661.25** | **$907,734.08** | **$742,733.48** |

4)  This case was originally filed under Chapter 11 on 04/24/2015 and it was converted to Chapter 7 on 07/16/2015.  The case was pending for 63 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/06/2020            By: /s/ Amy L. Goldman
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY - 8848 BRADLEY AVENUE, SUN VALLEY, CA | 1110-000 | 520,000.00 |
| ACCOUNTS RECEIVABLE - SEE GOLDRICH AND KEST AGING REPORT EX. A (DOCKET #25 PG.4-6) | 1121-000 | 46,279.00 |
| AUTOMOBILES - SEE DETAILED LISTING AS EXHIBIT B (DOCKET #25 PG.8-9) | 1129-000 | 13,175.00 |
| MACHINERY - SEE DETAILED LISTING AS EXHIBIT D (DOCKET #25 PG. 13) | 1129-000 | 6,510.00 |
| OFFICE EQUIPMENT - SEE DETAILED LISTING AS EXHIBIT C (DOCKET #25 PG.11) | 1129-000 | 315.00 |
| SETTLEMENT AGREEMENT ON PROBATE PROCEEDS | 1249-000 | 15,000.00 |
| TURNOVER OF FUNDS UPON CONVERSION OF CASE FROM CHAPTER 11 TO CHAPTER 7 | 1290-000 | 139,229.45 |
| UNION BANK REIMBURSEMENTS FOR INCORRECTLY ASSESSED FEES | 1290-000 | 2,225.03 |
| **TOTAL GROSS RECEIPTS** | | **$742,733.48** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | East West Bank | 4110-000 | 255,000.00 | 254,732.31 | 254,732.31 | 243,745.14 |
| 00001A | Internal Revenue Service | 4300-000 | 316,419.22 | 171,810.03 | 171,800.03 | 105,284.40 |
| **TOTAL SECURED CLAIMS** | | | **$571,419.22** | **$426,542.34** | **$426,532.34** | **$349,029.54** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amy L. Goldman, Chapter 7 Trustee | 2100-000 | N/A | 40,386.67 | 40,386.67 | 40,386.67 |

| Amy L. Goldman, Chapter 7 Trustee | 2200-000 | N/A | 272.94 | 272.94 | 272.94 |
| Regis Boyle, Jr. | 3991-000 | N/A | 4,035.58 | 4,035.58 | 4,035.58 |
| SLBiggs, A Division of SingerLewak | 3410-000 | N/A | 30,071.50 | 30,071.50 | 30,071.50 |
| SLBiggs, A Division of SingerLewak | 3420-000 | N/A | 372.48 | 372.48 | 372.48 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | N/A | 891.00 | 891.00 | 891.00 |
| Office of the United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 949.80 | 949.80 | 949.80 |
| International Sureties | 2300-003 | N/A | 328.81 | 328.81 | 328.81 |
| A&A Escrow | 2500-000 | N/A | 13,754.56 | 13,754.56 | 13,754.56 |
| Texas Capital Bank | 2600-000 | N/A | 12,353.83 | 12,353.83 | 12,353.83 |
| Union Bank | 2600-000 | N/A | 2,068.62 | 2,068.62 | 2,068.62 |
| LEWIS BRISBOIS BISGAARD & SMITH, LLP | 3110-000 | N/A | 148,879.50 | 148,879.50 | 148,879.50 |
| LEWIS BRISBOIS BISGAARD & SMITH, LLP | 3120-000 | N/A | 2,687.82 | 2,687.82 | 2,687.82 |
| Internal Revenue Service | 2810-000 | N/A | 13,280.00 | 13,280.00 | 13,280.00 |
| FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | 2820-000 | N/A | 4,624.39 | 4,624.39 | 4,624.39 |
| A&A Escrow | 2820-000 | N/A | 30,463.20 | 30,463.20 | 30,463.20 |
| A&A Escrow | 3510-000 | N/A | 31,200.00 | 31,200.00 | 31,200.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$337,270.70** | **$337,270.70** | **$337,270.70** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH, LLP | 6110-000 | N/A | 0.00 | 0.00 | 0.00 |
| LEWIS BRISBOIS BISGAARD & SMITH, LLP | 6120-000 | N/A | 0.00 | 0.00 | 0.00 |
| Jesus Almanza | 6950-720 | N/A | 1,151.16 | 1,151.16 | 1,151.16 |
| Gabriela Lopez | 6950-720 | N/A | 4,885.22 | 4,885.22 | 4,885.22 |
| Internal Revenue Service | 6950-730 | N/A | 9,592.30 | 9,592.30 | 9,592.30 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | **N/A** | **$15,628.68** | **$15,628.68** | **$15,628.68** |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001B | Internal Revenue Service | 5800-000 | 382,230.14 | 14,505.94 | 14,505.94 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 00004A | Jesus Almanza | 5300-000 | 6,318.69 | 6,608.61 | 6,608.61 | 6,608.61 |
| 00005A | Gabriela Lopez | 5300-000 | 3,651.56 | 3,059.26 | 3,059.26 | 3,059.26 |
| 00006 | Vicente Escalante | 5300-000 | 5,903.62 | 6,255.62 | 6,255.62 | 6,255.62 |
| 00007 | Pedro A Granadeno | 5300-000 | 3,408.51 | 3,151.74 | 3,151.74 | 3,151.74 |
| 00009 | Jorge A Garcia | 5300-000 | 3,561.92 | 1,419.71 | 1,419.71 | 1,419.71 |
| 00010 | Lazaro del Cid Aleman | 5300-000 | 400.62 | 3,478.69 | 3,478.69 | 3,478.69 |
| 00011 | Luis A Aguilera | 5300-000 | 3,115.90 | 2,610.34 | 2,610.34 | 2,610.34 |
| 00012 | Jose Orlando Cordova | 5300-000 | 0.00 | 5,750.00 | 5,750.00 | 5,750.00 |
| 00013 | Francisco Garcia | 5300-000 | 0.00 | 3,960.00 | 3,960.00 | 3,960.00 |
| 00014 | Robert Kroo | 5300-000 | 3,464.97 | 618.63 | 618.63 | 618.63 |
| 00015 | LEONARDO FUENTES | 5300-001 | 3,031.97 | 3,891.96 | 3,555.31 | 3,555.31 |
| 00015-b | LEONARDO FUENTES-Wage Taxes | 5300-000 | 0.00 | 0.00 | 336.65 | 336.65 |
| 00016 | ERIKA KRAYNDLER | 5300-000 | 13,500.00 | 0.00 | 0.00 | 0.00 |
| 00017 | ANDREW KRAYNDLER | 5300-000 | 15,750.00 | 0.00 | 0.00 | 0.00 |
| 00019A | FRANCHISE TAX BOARD BANKRUPTCY | 5800-000 | 0.00 | 646.08 | 646.08 | 0.00 |
| 00021A | Employment Development Department Bankruptcy Group MIC | 5800-000 | 92,658.37 | 72,345.78 | 72,345.78 | 0.00 |
| NOTFILED | Employee Wages | 5300-000 | 74,703.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Los Angeles | 5800-000 | 2,190.46 | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$613,890.23** | **$128,302.36** | **$128,302.36** | **$40,804.56** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001C | Internal Revenue Service | 7100-000 | 4,940.31 | 18,761.44 | 0.00 | 0.00 |
| 00001D | Internal Revenue Service | 7300-000 | 0.00 | 71,155.30 | 0.00 | 0.00 |
| 00002 | State Compensation Insurance Fund | 7100-000 | 66,713.80 | 66,713.80 | 0.00 | 0.00 |
| 00019 | FRANCHISE TAX BOARD BANKRUPTCY | 7300-000 | 0.00 | 3,603.97 | 0.00 | 0.00 |
| 00020 | Mass Markets Credit & Collection The Gas Company | 7100-000 | 0.00 | 696.32 | 0.00 | 0.00 |
| 00021B | Employment Development Department Bankruptcy Group MIC | 7100-000 | 5,272.56 | 28,940.54 | 0.00 | 0.00 |
| 00022 | Active Mortgage Corp | 7100-000 | 726,283.16 | 839,045.80 | 0.00 | 0.00 |
| 00024 | Carmiel C Cohen c/o Dishbak Law Firm | 7100-000 | 0.00 | 1,000,000.00 | 0.00 | 0.00 |
| NOTFILED | 360 RISK PARTNERS | 7100-000 | 3,007.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AT&T | 7100-000 | 402.57 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BEST CHOICE INSURANCE | 7100-000 | 4,374.84 | 0.00 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | City of Los Angeles (Business | 7100-000 | 1,026.65 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Los Angeles (Parking | 7100-000 | 307.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Corona Millworks | 7100-000 | 2,568.72 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Creditor's Adjustment | 7100-000 | 4,932.58 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Department of Housing | 7100-000 | 34.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | DMV | 7100-000 | 1,737.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dunn Edwards Paint | 7100-000 | 19,969.81 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Forest Plywood | 7100-000 | 5,523.57 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Harters Surfaces | 7100-000 | 6,734.29 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Holtz Slavett & Drabkin | 7100-000 | 18,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Infinity Insurance | 7100-000 | 5,718.13 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jones Lumber Co. | 7100-000 | 1,044.97 | 0.00 | 0.00 | 0.00 |
| NOTFILED | South Bay Acceptance Corp | 7100-000 | 225.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Steven & Janis Friedman | 7100-000 | 15,000,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Gas Co. | 7100-000 | 190.44 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ty Communications | 7100-000 | 3,460.67 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Verizon | 7100-000 | 1,168.28 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$15,883,635.35** | **$2,028,917.17** | **$0.00** | **$0.00** |

**FORM 1**

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | |
|---|---|
| **Case Number:** 15-11434 VSK | |
| **Case Name:** YKA Industries, Inc. | |
| **Period Ending:** 07/06/20 | |

| | |
|---|---|
| **Trustee:** Amy L. Goldman | |
| **Filed (f) or Converted (c):** 07/16/15 (c) | |
| **§341(a) Meeting Date:** 07/06/15 | |
| **Claims Bar Date:** 11/02/15 | |

| Ref # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY - 8848 BRADLEY AVENUE, SUN VALLEY, CA<br>PENN STAR INSURANCE COMPANY;POLICY #CPS0889642 EFFECTIVE DATES: 6/17/15-6/17/16<br><br>ORDER APPROVING SALE OF PROPERTY ENTERED 03/11/2016 | 450,000.00 | 195,000.00 | | 520,000.00 | FA |
| 2 | CASH ON HAND - IN PETTY CASH AT THE DEBTOR<br>THIS ASSET HAS NO VALUE TO ESTATE AND WILL BE ABANDONED AT CLOSING | 25.00 | 25.00 | | 0.00 | FA |
| 3 | CHECKING, SAVINGS OR OTHER - IN BANK ACCOUNTS AT UNION BANK: THREE ACCOUNTS GENERAL, PAYROLL AND SAVINGS<br>THIS ASSET HAS NO VALUE TO ESTATE AND WILL BE ABANDONED AT CLOSING | 140.00 | 140.00 | | 0.00 | FA |
| 4 | INSURANCE POLICY - COMMERCIAL GENERAL LIABILITY FOR YKA, NO CASH SURRENDER VALUE AMTRUST INSURANCE UNDERWRITERS<br>NO CASH SURRENDER VALUE AMTRUST INSURANCE UNDERWRITERS;THIS ASSET HAS NO VALUE TO ESTATE AND WILL BE ABANDONED AT CLOSING | 0.00 | 0.00 | | 0.00 | FA |
| 5 | ACCOUNTS RECEIVABLE - SEE GOLDRICH AND KEST AGING REPORT EX. A (DOCKET #25 PG.4-6)<br>SOME COLLECTED | 217,756.42 | 0.00 | | 46,279.00 | FA |
| 6 | POTENTIAL CLAIMS IN PROBATE OF YOSEPH KRAYNDLER<br>THIS ASSET HAS NO VALUE TO THE ESTATE.  WILL BE ABANDONED AT CLOSING. | Unknown | 0.00 | | 0.00 | FA |
| 7 | AUTOMOBILES - SEE DETAILED LISTING AS EXHIBIT B (DOCKET #25 PG.8-9)<br><br>MOTION TO SELL VEHICLES AND BUSINESS ASSETS FILED 08/17/15;ORDER ENTERED 09/16/15<br>(BULK SALE INCLUDES ASSETS #7, #8 & #9) | 47,100.00 | 20,000.00 | | 13,175.00 | FA |

**FORM 1**                                                                                  Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**                                                                            Page: 2

| | |
|---|---|
| **Case Number:** 15-11434 VSK | **Trustee:** Amy L. Goldman |
| **Case Name:** YKA Industries, Inc. | **Filed (f) or Converted (c):** 07/16/15 (c) |
| | **§341(a) Meeting Date:** 07/06/15 |
| **Period Ending:** 07/06/20 | **Claims Bar Date:** 11/02/15 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | OFFICE EQUIPMENT - SEE DETAILED LISTING AS EXHIBIT C (DOCKET #25 PG.11)<br><br>MOTION TO SELL VEHICLES AND BUSINESS ASSETS FILED 08/17/15;ORDER ENTERED 09/16/15 (BULK SALE INCLUDES ASSETS #7, #8 & #9) | 1,125.00 | 1,125.00 | | 315.00 | FA |
| 9 | MACHINERY - SEE DETAILED LISTING AS EXHIBIT D (DOCKET #25 PG. 13)<br><br>MOTION TO SELL VEHICLES AND BUSINESS ASSETS FILED 08/17/15;ORDER ENTERED 09/16/15 (BULK SALE INCLUDES ASSETS #7, #8 & #9) | 23,275.00 | 23,275.00 | | 6,510.00 | FA |
| 10 | TURNOVER OF FUNDS UPON CONVERSION OF CASE FROM CHAPTER 11 TO CHAPTER 7 (u) COMPLETED BY UNION BANK ON 7/20/15 | 0.00 | 139,229.45 | | 139,229.45 | FA |
| 11 | UNION BANK REIMBURSEMENTS FOR INCORRECTLY ASSESSED FEES (u) BETWEEN YRS 2004 - 2015; 2008-2016; 2009-2016 | 0.00 | 0.00 | | 2,225.03 | FA |
| 12 | SETTLEMENT AGREEMENT ON PROBATE PROCEEDS (u) RE ADVERSARY NO. 1:17-ap-01039-VK PER ORDER DTD 3/15/18 | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 13 | DISGORGEMENT OF FEE FROM DEBTOR'S FORMER COUNSEL BRYAN BRANNAN IN THE AMOUNT OF $37,000 DEBTOR AND TRUSTEE REACHED AN AGREEMENT THAT ANY RECOVERY FROM BRANNAN WOULD BE SPLIT EQUALLY 50%.  THE COURT APPROVED THE DISGORGEMENT OF ONLY $10,783.  TRUSTEE HAS FILED A WRIT OF EXECUTION AND AN ABSTRACT OF JUDGMENT.<br><br>FUNDS UNCOLLECTABLE.  WILL BE ABANDONED AT CLOSING | 0.00 | 10,783.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$739,421.42** | **$404,577.45** | | **$742,733.48** | **$0.00** |

**Major activities affecting case closing:**
ANNUAL REPORT PERIOD FROM 1/1/20 - PRESENT
TFR hearing was continued to 2/20/20 and the Order was entered at that time.  The Judge reduced the fees for the Chapter  7 Accountant to $30,071.50 as well as the fees for the Chapter 7 Attorney to $148,879.50.  Worked with accountant who required W-4 forms from each wage claimant in order to calculate the taxes.  Once the W-4 forms were received, all final distributions were made on 3/10/20. The withholding checks to the IRS and EDD were sent to the Accountant for them to forward with appropriate paperwork.  There was a delay by the accountant in sending the withholding checks due to

**FORM 1**                                                                                      Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**                                                                                 Page: 3

the National pandemic and the Stay at Home orders.  The withholding checks were not sent out until May 23, 2020 with the appropriate forms.  The Trustee will not place a stop payment on these withholding checks as It will take some time before the checks actually clear the bank due to the delay.  Also, there is one claimant who refused to provide a completed W-4 form and rejected his distribution check by returning to sender.  Therefore, that check was reversed and the proceeds were sent to the court a an unclaimed dividend.  Now waiting for the 3 outstanding government checks to clear in order to prepare the Trustee's Distribution Report.

ANNUAL REPORT PERIOD FROM 1/1/19 - 12/31/19
The IRS liens have been resolved pursuant to a Stipulation, which was approved by the court on 3/8/19.  While preparing the case for closure and final review of claims, there were a few claims that were withdrawn.  The Final Estate tax returns have been prepared and Notice to Professionals was filed.  Final Fee Applications have been filed by the professionals.  Final distributions  has taken some time to prepare based on issues with the IRS with respect to what assets of the estate were covered by the secured lien.  The payments to the estate's creditors are in accordance with the IRS Stipulation and the provisions of 11 U.S.C. §724.  The Chapter 11 Attorney for Trustee Administrative fees of $12,881.50 and expenses of $276.57 will be waived by the firm.  The Trustee's Final Report was filed with the court on December 16, 2019.  There is currently a hearing set for January 16, 2020.  Once the TFR is approved final disbursements will be made.  The accountant will assist with calculating the taxes on the wage claims.

ANNUAL REPORT PERIOD FROM 1/1/18 - 12/31/18
The Adversary proceeding was subsequently dismissed as a result of a settlement agreement that was reached.  The settlement motion was prepared and filed.  The Court granted the settlement motion on March 15, 2018.  All claims have been reviewed.  No objections required.  Counsel commenced negotiations with the IRS with respect to their claim no. 1.  The IRS recently amended their claim no. 1 reducing the total claim.

The IRS has liens on certain assets and the Trustee's counsel has been in prolonged negotiations with them, which was delayed due to the furlough.

ANNUAL REPORT PERIOD FROM 1/1/17 - 12/31/17
After the 2004 Examinations, the Trustee filiied an Adversary Complaint against Andrew & Erika Krayndler and LNA  Builders for Avoidance of Fraudulent transfers.  However, on November 2, 2017, a notice of settlement was filed.  The parties reached a settlement that resolved the adversary proceeding in its entirety.   The estate received the earnest money.  The Adversary proceeding was subsequently dismissed.

In addition, on July 5, 2017 Union Bank sent reimbursement checks to the bankruptcy estate for incorrectly assessing fees on one or more returned items with a 2% interest.  The estate received a total of 7 checks totaling $2,225.03.
*************************************
ANNUAL REPORT PERIOD FROM 1/1/16 - 12/30/16
The Trustee completed the sale of the real property with court approval in March 2016 for $520,000 to Sako Arutyunyan.

The Trustee's attorney tried to resolve various avoidance claims without the expense of litigation.  However, she was unsuccessful and filed Motions for 2004 exam of Erika Krayndler and Andrew Krayndler.  The court approved the motion on September 19, 2016.
*************************************
ANNUAL REPORT PERIOD FROM 1/1/15 - 12/31/15
The Trustee entered into an agreement to sell the vehicles and business assets to LNA Builders, Inc. for $20,000.  Motion for Sale of Personal Property was granted by an order entered on September 16, 2015.

Andrew Krayndler filed a Motion seeking disgorgement of fee from former counsel Bryan Brannan in the amount of $37,000.  Trustee filed a response claiming any fees paid by Krayndler was a gift or loan and therefore property of the estate.  Ultimately Trustee and Krayndler agreed that any recovery from Brannan would be split equally 50%.  The court approved a disgorgement of $10,783. Trustee has filed a writ of execution and an abstract of judgment.

The Trustee has listed the real property for sale and has received an offer to purchase. Trustee's counsel is preparing the appropriate sale motion.

An adversary complaint was filed in December 2015 with respect to the disputed liens (Goldman v. Cohen 1:15-ap-01248-VK), which was resolved on May, 19, 2016.

*****************************************
GENERAL:
This Case Commenced as a Voluntary Chapter 11 on April 24, 2015 and Amy Goldman was subsequently appointed as Chapter 11 Trustee on June 26, 2015.  The case was converted to a Chapter 7 on July 16, 2015 and Amy Goldman was appointed the Chapter 7 Trustee on July 20, 2015.  The Chapter 7 341(a) Meeting of Creditors was held on August 17, 2015 and subsequently concluded on November 4, 2015.

The potential assets in this case are the estate's interest in the vehicles, business assets, Real Property and possible claims against the probate estate of Joseph Krayndler, the prior principal and manager of Debtor.

Exhibit 8

Page: 4

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

PROFESSIONAL:
The Trustee employed SLBiggs as the estate's Accountant.  The valid order approving the employment was entered on September 8, 2015.  They are to be paid from the Debtor's estate at the conclusion of the case pursuant to a court order.  The Judge Ruled the reduction of fees to $30,071.50 on February 20, 2020.

The Trustee employed as Regis Boyle, Jr. Field Agent per court order during the Chapter 11 and Chapter 7.  He was paid by court approval per order dated August 7, 2015 and September 8, 2015.

The Trustee employed Lewis Brisbois Bisgaard & Smith as General Bankruptcy Counsel during both the Chapter 11 and Chapter 7.  The order approving employment was entered on August 14, 2015.  They are to be paid from the Debtor's estate at the conclusion of the case pursuant to a court order.  The Judge Ruled the reduction of fees to $148,879.50 on February 20, 2020.  The Chapter 11 Attorney for Trustee Administrative fees of $12,881.50 and expenses of $276.57 will be waived by the firm. There are no other Chapter 11 professionals who sought compensation.

The Trustee employed Coldwell Banker and Pacific West Business Properties, Inc. as real estate agents.  The order approving employment was entered on October 19, 2015.  These real estate agents have been paid by escrow at the time of the sale of the real property pursuant to the sale order.

CLAIMS:
Claims bar date was set to November 2, 2015 and October 21, 2015 for government agencies.  Claims have been reviewed.

Claim No. 1 filed by the IRS has been amended several times.  The Trustee's counsel has negotiated with the IRS and entered into a Stipulation, which was filed on March 7, 2019 Docket No. 225 and it was approved by the Court on March 8, 2019 Docket No. 227.  This Court Approved Stipulation indicated numbers in connection to the Amended Claim No. 1-3.  However, subsequent to that Court Approved Stipulation, the IRS has further amended their claim two more times.  Claim No. 1 is getting paid in accordance to the approved Stipulation using the reduced numbers in the most recent Amended Claim No. 1-5.

Claim No. 3-1 was withdrawn on August 29, 2017 by Creditor

TAXES:
Accountant has prepared the final estate tax returns.  A tax clearance letter is not expected as the debtor is a Corporation.

ADMIN. STATUS:
After the appointment of Chapter 7 Trustee, Amy L. Goldman she examined the debtor at the 341(a) Meeting of Creditors and concluded the examination on November 4, 2015.

A Notice of Asset was filed on July 29, 2015.  Proofs of Claims deadline is November 2, 2015 and Government Proof of Claim is due by October 21, 2015.

The Trustee employed professionals with court approval in order to sell certain assets.

On September 16, 2015, The court approved the sale of personal properties mainly equipment and vehicles to LNA Builders, Inc. for $20,000.

Andrew Krayndler, the former principal of the Debtor, filed a Motion seeking disgorgement of fees from former counsel Bryan Brannan in the amount of $37,000.  On August 5, 2015 the Trustee filed a response claiming any fees paid by Krayndler was a gift or loan and therefore property of the estate.  Because a large portion of the payments to Brannan may have been made in cash, it is hard to trace the source of the funds.  Based therein, and to minimize attorneys fees and costs, Krayndler and Trustee have agree that any recovery from Brannan will be split equally, with 50% for Krayndler and 50% for the bankruptcy estate.  This was approved in part by the court on October 5, 2015 and an evidentiary hearing was set for 10/26/15.  However Brannan appealed.  The judge conducted the evidentiary hearing on October 26, 2015 and ordered that the previous Disgorgement Order dated September 2, 2015 was final and any additional disgorgement is denied.  A writ of execution and abstract of judgment was filed on November 12, 2015 for the $10,783 from Brannan.

December 2, 2015 an Adversary Complaint was filed to Avoid and Recover Transfer of Property.  Case No. 1:15-ap-01248-VK.  On June 15, 2016 the case closed by Summary Judgment Order dated May 19, 2019.  Granting Trustee avoidance of the Deed of Trust recorded on August 22, 2011 and not encumbering real property located at 8848 Bradley Ave, Sun Valley California 91342.  Any and all claims asserted by Defendant Carmiel C. Cohen are disallowed as secured claims, but will be considered as general unsecured claims.

February 2, 2016 The Trustee filed a Motion for Sale of Real Property.

March 11, 2016 the court approved the sale of the real property located at 8848 Bradley Avenue, Sun Valley CA 91352 for $520,000 to Sako Arutyunyan.

September 1, 2016 Court approved 2004 Motions on both Andrew Krayndler and Erika Krayndler for September 19, 2016 and September 15, 2016 respectively.

After the 2004 Examinations, an Adversary complaint was filed by Trustee Goldman against Andrew Krayndler, Erika Krayndler and LNA Builders for Avoidance of Fraudulent Transfers.  Case No. 1:17-ap-01039-VK.  However, on November 2, 2017, a Notice of Settlement was filed.  The parties reached a settlement that resolved the adversary proceeding in its entirety, by Order dated March 15, 2018.  The Adversary proceeding was subsequently dismissed.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 5

On July 5, 2017 Union Bank sent reimbursement checks to the bankruptcy estate for incorrectly assessing fees on one or more returned items with a 2% interest.  The estate received a total of 7 checks totaling $2,225.03.

Counsel commenced negotiations with the IRS with respect to their claim no. 1.  The IRS recently amended their claim no. 1 reducing the total claim.

The IRS has liens on certain assets and the Trustee's counsel has been in prolonged negotiations with them, which was delayed due to the furlough.

Commencing closure.

INSURANCE:
Currently, there are no assets that require insurance.

**Initial Projected Date of Final Report (TFR):**  September 30, 2017                    **Current Projected Date of Final Report (TFR):**  October 31, 2019 (Actual)

|  August 05, 2020  | /s/ Amy L. Goldman |
| :---: | :--- |
| Date | Amy L. Goldman |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| Case Number: | 15-11434 VSK | Trustee: | Amy L. Goldman |
|---|---|---|---|
| Case Name: | YKA Industries, Inc. | Bank Name: | UNION BANK |
| | | Account: | ******8407 - Checking Account |
| Taxpayer ID#: | **-***2264 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/20/15 | Asset #10 | Amy L. Goldman, Chapter 11 Trustee | TURN OVER OF CHAPTER 11 FUNDSTURNOVER OF FUNDS COMPLETED BY UNION BANK ON 7/20/15 | 1290-000 | 139,229.45 | | 139,229.45 |
| 07/30/15 | Asset #5 | Neilson Villa | ACCOUNTS RECEIVABLES | 1121-000 | 19,695.00 | | 158,924.45 |
| 07/30/15 | Asset #5 | St. Andrews Gardens, L.P. | ACCOUNTS RECEIVABLES | 1121-000 | 5,585.00 | | 164,509.45 |
| 07/30/15 | Asset #5 | Burlington Arms, L.P. | ACCOUNTS RECEIVABLES | 1121-000 | 4,100.00 | | 168,609.45 |
| 07/30/15 | Asset #5 | Pacific Terrace Apartments, L.P. | ACCOUNTS RECEIVABLES | 1121-000 | 2,500.00 | | 171,109.45 |
| 08/24/15 | Asset #5 | Fair Valley Villa | ACCOUNTS RECEIVABLES | 1121-000 | 9,499.00 | | 180,608.45 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. §330(a)(1) (B), 503(b)(1), and 507(a)(2) | 2600-000 | | 81.63 | 180,526.82 |
| 08/26/15 | 101 | Regis Boyle, Jr. | PER ORDER DATED 08/07/15FIELD AGENT FEES | 3991-000 | | 1,710.58 | 178,816.24 |
| 09/18/15 | | LNA Builders | SALE OF PERSONAL PROPERTY PER ASSET PURCHASE AGREEMENT APPROVED BY THE COURT ON 9/16/15(BULK SALE INCLUDES ASSETS #7, #8 & #9 - PRORATED) | | 15,000.00 | | 193,816.24 |
| 09/18/15 | Asset #7 | | AUTOMOBILE                          9,881.00 | 1129-000 | | | 193,816.24 |
| 09/18/15 | Asset #9 | | MACHINERY                           4,883.00 | 1129-000 | | | 193,816.24 |
| 09/18/15 | Asset #8 | | OFFICE EQUIPMENT                 236.00 | 1129-000 | | | 193,816.24 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| Case Number: | 15-11434 VSK | | Trustee: | Amy L. Goldman |
|---|---|---|---|---|
| Case Name: | YKA Industries, Inc. | | Bank Name: | UNION BANK |
| | | | Account: | ******8407 - Checking Account |
| Taxpayer ID#: | **-***2264 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/15 | | Transfer from Acct # xxxxxx8431 | Transfer of Funds | 9999-000 | 5,000.00 | | 198,816.24 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 257.40 | 198,558.84 |
| 10/01/15 | | Reseda Park L.P. | REVERSED - INCORRECT AMOUNT ENTERED | 1121-000 | 7,900.00 | | 206,458.84 |
| 10/01/15 | Asset #5 | Reseda Park, L.P. | ACCOUNTS RECEIVABLES | 1121-000 | 4,900.00 | | 211,358.84 |
| 10/01/15 | | Reseda Park L.P. | REVERSED - INCORRECT AMOUNT ENTERED Reseda Park L.P. | 1121-000 | -7,900.00 | | 203,458.84 |
| 10/15/15 | 102 | Regis Boyle, Jr. | PER ORDER DATED 09/08/15FIELD AGENT FEES | 3991-000 | | 1,725.00 | 201,733.84 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 267.44 | 201,466.40 |
| 11/16/15 | 103 | Regis Boyle, Jr. | PER ORDER DATED 09/08/15FIELD AGENT FEES | 3991-000 | | 600.00 | 200,866.40 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 301.01 | 200,565.39 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 289.46 | 200,275.93 |
| 01/13/16 | 104 | INTERNATIONAL SURETIES, LTD | LBR 2016-2(b)(1) Blanket Bond Premium Bond # 016030866 | 2300-000 | | 179.08 | 200,096.85 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 3

| Case Number: | 15-11434 VSK | | | Trustee: | Amy L. Goldman |
|---|---|---|---|---|---|
| Case Name: | YKA Industries, Inc. | | | Bank Name: | UNION BANK |
| | | | | Account: | ******8407 - Checking Account |
| Taxpayer ID#: | **-***2264 | | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/20 | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | 298.05 | 199,798.80 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | 296.66 | 199,502.14 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | 276.97 | 199,225.17 |
| 03/29/16 | | A&A Escrow | SALE OF REAL PROPERTY AND ALLOCATIONS PER ORDER DATED 3/11/16 | | | 200,757.54 | | 399,982.71 |
| 03/29/16 | Asset #1 | | REAL PROPERTY - 8848 BRADLEY AVE, SUN VALLEY CA | 520,000.00 | 1110-000 | | | 399,982.71 |
| 03/29/16 | | | | | | | | 399,982.71 |
| 03/29/16 | | A&A Escrow | PRORATED PROPERTY TAX | 1,137.16 | 2820-000 | | | 399,982.71 |
| 03/29/16 | | A&A Escrow | PAYOFF CHARGES - FEES | -10,907.61 | 2500-000 | | | 399,982.71 |
| 03/29/16 | | A&A Escrow | OTHER DEBITS - MyNHD RESIDENTIAL NHD REPORT | -74.95 | 2500-000 | | | 399,982.71 |
| 03/29/16 | | A&A Escrow | ESCROW CHARGES - A&A ESCROW SERVICES, INC. | -1,284.00 | 2500-000 | | | 399,982.71 |
| 03/29/16 | | A&A Escrow | TAXES - COUNTY, CITY, PROPERTY | -31,600.36 | 2820-000 | | | 399,982.71 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 4

| Case Number: | 15-11434 VSK | Trustee: | Amy L. Goldman |
|---|---|---|---|
| Case Name: | YKA Industries, Inc. | Bank Name: | UNION BANK |
| | | Account: | ******8407 - Checking Account |
| Taxpayer ID#: | **-***2264 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/29/16 | | A&A Escrow | TITLE CHARGES | -1,488.00 | 2500-000 | | | 399,982.71 |
| 03/29/16 | | A&A Escrow | COMMISSION CHARGES | -31,200.00 | 3510-000 | | | 399,982.71 |
| 03/29/16 | | | PAYOFF CHARGES - EAST<br>WEST BANK | -243,824.70 | 4110-000 | | | 399,982.71 |
| 04/19/16 | | Bankruptcy Estate of YKA<br>Industries Inc. | Transfer to Texas Capital Bank 1988 | | 9999-000 | | 399,982.71 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **406,265.99** **406,265.99** | **$0.00** |
| Less: Bank Transfers | 5,000.00    399,982.71 | |
| **Subtotal** | **401,265.99**    **6,283.28** | |
| Less: Payment to Debtors | 0.00 | |
| **NET Receipts / Disbursements** | **$401,265.99**    **$6,283.28** | |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 5

| Case Number: | 15-11434 VSK | | Trustee: | Amy L. Goldman |
| Case Name: | YKA Industries, Inc. | | Bank Name: | UNION BANK |
| | | | Account: | ******8431 - Earnest Checking |
| Taxpayer ID#: | **-***2264 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/06/15 | | LNA Builders | EARNEST MONEY DEPOSIT PER ASSET PURCHASE AGREEMENT APPROVED BY THE COURT ON 9/16/15(BULK SALE INCLUDES ASSETS #7, #8 & #9 - PRORATED) | | 5,000.00 | | 5,000.00 |
| 08/06/15 | Asset #7 | | AUTOMOBILES                3,294.00 | 1129-000 | | | 5,000.00 |
| 08/06/15 | Asset #9 | | MACHINERY                1,627.00 | 1129-000 | | | 5,000.00 |
| 08/06/15 | Asset #8 | | OFFICE EQUIPMENT            79.00 | 1129-000 | | | 5,000.00 |
| 09/18/15 | | Transfer to Acct # xxxxxx8407 | Transfer of Funds | 9999-000 | | 5,000.00 | 0.00 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | -15.00 |
| 09/30/15 | | Union Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | -15.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,000.00 | 5,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 5,000.00 | |
| **Subtotal** | 5,000.00 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.00** | **$0.00** | |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 6

| Case Number: | 15-11434 VSK | | Trustee: | Amy L. Goldman |
|---|---|---|---|---|
| Case Name: | YKA Industries, Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******1988 - Checking Account |
| Taxpayer ID#: | **-***2264 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/20 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/19/16 | | Bankruptcy Estate of YKA Industries, Inc. | Transfer from Union Bank Account | 9999-000 | 399,982.71 | | 399,982.71 |
| 04/20/16 | 101 | INTERNATIONAL SURETIES, LTD | LBR 2016-2(b)(1) Bond PremiumPayment for Increase of Bond Account #1000-900-1944 | 2300-000 | | 43.31 | 399,939.40 |
| 04/22/16 | | East West Bank | REFUND OF OVERPAYMENT FOR PAYOFF | 4110-000 | | -79.56 | 400,018.96 |
| 05/04/16 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 372.63 | 399,646.33 |
| 05/10/16 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | -149.05 | 399,795.38 |
| 06/03/16 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 558.61 | 399,236.77 |
| 07/05/16 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 557.89 | 398,678.88 |
| 07/25/16 | 102 | INTERNATIONAL SURETIES, LTD | LBR 2016-2(b)(1) Bond PremiumBond # 016030866 | 2300-000 | | 9.96 | 398,668.92 |
| 08/03/16 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 557.16 | 398,111.76 |
| 09/06/16 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 556.32 | 397,555.44 |
| 10/03/16 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 555.62 | 396,999.82 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 7

| Case Number: | 15-11434 VSK | | Trustee: | Amy L. Goldman |
| Case Name: | YKA Industries, Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******1988 - Checking Account |
| Taxpayer ID#: | **-***2264 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/16 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 554.76 | 396,445.06 |
| 12/05/16 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 553.99 | 395,891.07 |
| 01/03/17 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 553.26 | 395,337.81 |
| 01/26/17 | 103 | International Sureties | LBR 2016-2(b)(1) Bond PremiumBond # 016030866 | 2300-000 | | 328.81 | 395,009.00 |
| 01/26/17 | 104 | International Sureties | LBR 2016-2(b)(1) Bond PremiumBond # 016030866 | 2300-003 | | 328.81 | 394,680.19 |
| 01/30/17 | 104 | International Sureties | LBR 2016-2(b)(1) Bond Premium Bond # 016030866 International Sureties | 2300-003 | | -328.81 | 395,009.00 |
| 02/03/17 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 552.44 | 394,456.56 |
| 03/03/17 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 551.21 | 393,905.35 |
| 04/03/17 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 550.44 | 393,354.91 |
| 05/03/17 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 549.67 | 392,805.24 |
| 06/05/17 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 548.90 | 392,256.34 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 8

| Case Number: | 15-11434 VSK | Trustee: | Amy L. Goldman |
|---|---|---|---|
| Case Name: | YKA Industries, Inc. | Bank Name: | Texas Capital Bank |
| | | Account: | ******1988 - Checking Account |
| Taxpayer ID#: | **-***2264 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/03/17 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 548.19 | 391,708.15 |
| 07/05/17 | Asset #11 | MUFG Union Bank, N.A. Reimbursement Administrator | REIMBURSEMENT OF OVERDRAFT FEE WITH INTEREST | 1290-000 | 332.64 | | 392,040.79 |
| 07/05/17 | Asset #11 | MUFG Union Bank, N.A. Reimbursement Administrator | REIMBURSEMENT OF OVERDRAFT FEE WITH INTEREST | 1290-000 | 107.58 | | 392,148.37 |
| 07/05/17 | Asset #11 | MUFG Union Bank, N.A. Reimbursement Administrator | REIMBURSEMENT OF OVERDRAFT FEE WITH INTEREST | 1290-000 | 995.08 | | 393,143.45 |
| 07/05/17 | Asset #11 | MUFG Union Bank, N.A. Reimbursement Administrator | REIMBURSEMENT OF OVERDRAFT FEE WITH INTEREST | 1290-000 | 645.48 | | 393,788.93 |
| 07/05/17 | Asset #11 | MUFG Union Bank, N.A. Reimbursement Administrator | REIMBURSEMENT OF OVERDRAFT FEE WITH INTEREST | 1290-000 | 71.28 | | 393,860.21 |
| 07/05/17 | Asset #11 | MUFG Union Bank, N.A. Reimbursement Administrator | REIMBRUSEMENT OF OVERDRAFT FEE WITH INTEREST | 1290-000 | 56.47 | | 393,916.68 |
| 07/05/17 | Asset #11 | MUFG Union Bank, N.A. Reimbursement Administrator | REIMBURSEMENT OF OVERDRAFT FEES WITH INTEREST | 1290-000 | 16.50 | | 393,933.18 |
| 08/03/17 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 550.08 | 393,383.10 |
| 09/05/17 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 549.71 | 392,833.39 |
| 10/04/17 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 548.99 | 392,284.40 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 9

| | | |
|---|---|---|
| **Case Number:** | 15-11434 VSK | |
| **Case Name:** | YKA Industries, Inc. | |
| **Taxpayer ID#:** | **-***2264 | |
| **Period Ending:** | 07/06/20 | |

| | |
|---|---|
| **Trustee:** | Amy L. Goldman |
| **Bank Name:** | Texas Capital Bank |
| **Account:** | ******1988 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/16/17 | 105 | International Sureties, LTD | LBR 2016-2(b)(1) Bond PremiumBond # 016030866 | 2300-000 | | 11.07 | 392,273.33 |
| 11/03/17 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 548.19 | 391,725.14 |
| 12/04/17 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 547.39 | 391,177.75 |
| 01/03/18 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 546.65 | 390,631.10 |
| 02/05/18 | 106 | International Sureties, LTD | LBR 2016-2(b)(1) Bond PremiumBond # 016030866 | 2300-000 | | 340.75 | 390,290.35 |
| 02/05/18 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 545.86 | 389,744.49 |
| 03/05/18 | | Texas Capital Bank | Bank Service Fee under 11 U.S.C. §330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 544.92 | 389,199.57 |
| 04/03/18 | | YKA Industries, Inc. | From #####2242 To #####1988 | 9999-000 | 15,000.00 | | 404,199.57 |
| 04/03/18 | 107 | International Sureties, LTD | LBR 2016-2(b)(1) Bond PremiumBond # 016030866 | 2300-000 | | 47.89 | 404,151.68 |
| 02/08/19 | 108 | International Sureties, LTD | LBR 2016-2(b)(1) Bond PremiumBond # 016030866 | 2300-000 | | 268.46 | 403,883.22 |
| 04/01/19 | 109 | International Sureties, LTD | LBR 2016-2(b)(1) Bond PremiumBond # 016030866 | 2300-000 | | 49.28 | 403,833.94 |

**Form 2**

Exhibit 9

**Cash Receipts and Disbursements Record**

Page: 10

| Case Number: | 15-11434 VSK | | Trustee: | Amy L. Goldman |
|---|---|---|---|---|
| Case Name: | YKA Industries, Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******1988 - Checking Account |
| Taxpayer ID#: | **-***2264 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/10/20 | 110 | Amy L. Goldman, Chapter 7 Trustee | PER ORDER DATED 02/20/2020Trustee Fees | 2100-000 | | 40,386.67 | 363,447.27 |
| 03/10/20 | 111 | Amy L. Goldman, Chapter 7 Trustee | PER ORDER DATED 02/20/2020Trustee Expenses | 2200-000 | | 272.94 | 363,174.33 |
| 03/10/20 | 112 | UNITED STATES BANKRUPTCY COURT | PER ORDER DATED 02/20/2020 | 2700-000 | | 891.00 | 362,283.33 |
| 03/10/20 | 113 | Office of the United States Trustee | PER ORDER DATED 02/20/2020 | 2950-000 | | 650.00 | 361,633.33 |
| 03/10/20 | 114 | LEWIS BRISBOIS BISGAARD & SMITH, LLP | PER ORDER DATED 02/20/2020 | 3110-000 | | 148,879.50 | 212,753.83 |
| 03/10/20 | 115 | LEWIS BRISBOIS BISGAARD & SMITH, LLP | PER ORDER DATED 02/20/2020 | 3120-000 | | 2,687.82 | 210,066.01 |
| 03/10/20 | 116 | SLBiggs, A Division of SingerLewak | PER ORDER DATED 02/20/2020 | 3410-000 | | 30,071.50 | 179,994.51 |
| 03/10/20 | 117 | SLBiggs, A Division of SingerLewak | PER ORDER DATED 02/20/2020 | 3420-000 | | 372.48 | 179,622.03 |
| 03/10/20 | 118 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340 | PER ORDER DATED 02/20/2020 | 2820-000 | | 4,624.39 | 174,997.64 |
| 03/10/20 | 119 | Internal Revenue Service | PER ORDER DATED 02/20/2020 | 2810-000 | | 13,280.00 | 161,717.64 |
| 03/10/20 | 120 | Internal Revenue Service | PER ORDER DATED 02/20/2020 | 6950-730 | | 9,592.30 | 152,125.34 |
| 03/10/20 | 121 | Internal Revenue Service | PER ORDER DATED 02/20/2020 Disb of 61.28% to Claim #00001A | 4300-000 | | 105,284.40 | 46,840.94 |
| 03/10/20 | 122 | Jesus Almanza | PER ORDER DATED 02/20/2020 Gross: $1,151.16 SocSec: $71.37 Medicare: $16.69 State: $11.51 | 6950-720 | | 1,051.59 | 45,789.35 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 11

| Case Number: | 15-11434 VSK | | Trustee: | Amy L. Goldman |
|---|---|---|---|---|
| Case Name: | YKA Industries, Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******1988 - Checking Account |
| Taxpayer ID#: | **-***2264 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/20 | 123 | Gabriela Lopez | PER ORDER DATED 02/20/2020 Gross: $4,885.22 SocSec: $302.88 Medicare: $70.83 State: $48.85 | 6950-720 | | 4,462.66 | 41,326.69 |
| 03/10/20 | 124 | Jesus Almanza | PER ORDER DATED 02/20/2020 Gross: $6,608.61 SocSec: $409.73 Medicare: $95.82 State: $66.09 | 5300-000 | | 6,036.97 | 35,289.72 |
| 03/10/20 | 125 | Gabriela Lopez | PER ORDER DATED 02/20/2020 Gross: $3,059.26 SocSec: $189.67 Medicare: $44.36 State: $30.59 | 5300-000 | | 2,794.64 | 32,495.08 |
| 03/10/20 | 126 | Vicente Escalante | PER ORDER DATED 02/20/2020 Gross: $6,255.62 SocSec: $387.85 Medicare: $90.70 State: $62.56 | 5300-000 | | 5,714.51 | 26,780.57 |
| 03/10/20 | 127 | Pedro A Granadeno | PER ORDER DATED 02/20/2020 Gross: $3,151.74 SocSec: $195.41 Medicare: $45.70 State: $31.52 | 5300-000 | | 2,879.11 | 23,901.46 |
| 03/10/20 | 128 | Jorge A Garcia | PER ORDER DATED 02/20/2020 Gross: $1,419.71 SocSec: $88.02 Medicare: $20.58 State: $14.20 | 5300-000 | | 1,296.91 | 22,604.55 |
| 03/10/20 | 129 | Lazaro del Cid Aleman | PER ORDER DATED 02/20/2020 Gross: $3,478.69 SocSec: $215.68 Medicare: $50.44 State: $34.79 | 5300-000 | | 3,177.78 | 19,426.77 |
| 03/10/20 | 130 | Luis A Aguilera | PER ORDER DATED 02/20/2020 Gross: $2,610.34 SocSec: $161.84 Medicare: $37.85 State: $26.10 | 5300-000 | | 2,384.55 | 17,042.22 |

**Form 2**

Exhibit 9

**Cash Receipts and Disbursements Record**

| Case Number: | 15-11434 VSK | Trustee: | Amy L. Goldman |
|---|---|---|---|
| Case Name: | YKA Industries, Inc. | Bank Name: | Texas Capital Bank |
| | | Account: | ******1988 - Checking Account |
| Taxpayer ID#: | **-***2264 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/20 | 131 | Jose Orlando Cordova | PER ORDER DATED 02/20/2020 Gross: $5,750.00 SocSec: $356.50 Medicare: $83.37 State: $57.50 | 5300-000 | | 5,252.63 | 11,789.59 |
| 03/10/20 | 132 | Francisco Garcia | PER ORDER DATED 02/20/2020 Gross: $3,960.00 SocSec: $245.52 Medicare: $57.42 State: $39.60 | 5300-000 | | 3,617.46 | 8,172.13 |
| 03/10/20 | 133 | Robert Kroo | PER ORDER DATED 02/20/2020 Gross: $618.63 SocSec: $38.36 Medicare: $8.97 State: $6.19 | 5300-000 | | 565.11 | 7,607.02 |
| 03/10/20 | 134 | LEONARDO FUENTES | PER ORDER DATED 02/20/2020 Gross: $3,891.96 SocSec: $241.30 Medicare: $56.43 State: $38.92 | 5300-003 | | 3,555.31 | 4,051.71 |
| 03/10/20 | 135 | IRS Department of the Treasury | PER ORDER DATED 02/20/2020 Withholdings for Social Security Withholding | | | 2,904.13 | 1,147.58 |
| 03/10/20 | | LEONARDO FUENTES-Wage Taxes | LEONARDO FUENTES          241.30 (SocSec) | 5300-000 | | | 1,147.58 |
| 03/10/20 | | | Vicente Escalante (SocSec)     387.85 | 5300-000 | | | 1,147.58 |
| 03/10/20 | | | Robert Kroo (SocSec)          38.36 | 5300-000 | | | 1,147.58 |
| 03/10/20 | | | Pedro A Granadeno (SocSec)    195.41 | 5300-000 | | | 1,147.58 |
| 03/10/20 | | | Luis A Aguilera (SocSec)      161.84 | 5300-000 | | | 1,147.58 |
| 03/10/20 | | | Lazaro del Cid Aleman         215.68 (SocSec) | 5300-000 | | | 1,147.58 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 13

| Case Number: | 15-11434 VSK | | Trustee: | Amy L. Goldman |
|---|---|---|---|---|
| Case Name: | YKA Industries, Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******1988 - Checking Account |
| Taxpayer ID#: | **-***2264 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/20 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/10/20 | | | Jose Orlando Cordova (SocSec) | 356.50 | 5300-000 | | | 1,147.58 |
| 03/10/20 | | | Jorge A Garcia (SocSec) | 88.02 | 5300-000 | | | 1,147.58 |
| 03/10/20 | | | Jesus Almanza (SocSec) | 409.73 | 5300-000 | | | 1,147.58 |
| 03/10/20 | | | Jesus Almanza (SocSec) | 71.37 | 6950-720 | | | 1,147.58 |
| 03/10/20 | | | Gabriela Lopez (SocSec) | 189.67 | 5300-000 | | | 1,147.58 |
| 03/10/20 | | | Gabriela Lopez (SocSec) | 302.88 | 6950-720 | | | 1,147.58 |
| 03/10/20 | | | Francisco Garcia (SocSec) | 245.52 | 5300-000 | | | 1,147.58 |
| 03/10/20 | 136 | Employment Development Department | PER ORDER DATED 02/20/2020 Withholdings for State Withholding | | | | 468.42 | 679.16 |
| 03/10/20 | | LEONARDO FUENTES-Wage Taxes | LEONARDO FUENTES (State) | 38.92 | 5300-000 | | | 679.16 |
| 03/10/20 | | | Vicente Escalante (State) | 62.56 | 5300-000 | | | 679.16 |
| 03/10/20 | | | Robert Kroo (State) | 6.19 | 5300-000 | | | 679.16 |
| 03/10/20 | | | Pedro A Granadeno (State) | 31.52 | 5300-000 | | | 679.16 |
| 03/10/20 | | | Luis A Aguilera (State) | 26.10 | 5300-000 | | | 679.16 |
| 03/10/20 | | | Lazaro del Cid Aleman (State) | 34.79 | 5300-000 | | | 679.16 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 14

| | | |
|---|---|---|
| **Case Number:** | 15-11434 VSK | |
| **Case Name:** | YKA Industries, Inc. | |
| | | |
| **Taxpayer ID#:** | **-***2264 | |
| **Period Ending:** | 07/06/20 | |

| | |
|---|---|
| **Trustee:** | Amy L. Goldman |
| **Bank Name:** | Texas Capital Bank |
| **Account:** | ******1988 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/10/20 | | | Jose Orlando Cordova (State) | 57.50 | 5300-000 | | | 679.16 |
| 03/10/20 | | | Jorge A Garcia (State) | 14.20 | 5300-000 | | | 679.16 |
| 03/10/20 | | | Jesus Almanza (State) | 66.09 | 5300-000 | | | 679.16 |
| 03/10/20 | | | Jesus Almanza (State) | 11.51 | 6950-720 | | | 679.16 |
| 03/10/20 | | | Gabriela Lopez (State) | 30.59 | 5300-000 | | | 679.16 |
| 03/10/20 | | | Gabriela Lopez (State) | 48.85 | 6950-720 | | | 679.16 |
| 03/10/20 | | | Francisco Garcia (State) | 39.60 | 5300-000 | | | 679.16 |
| 03/10/20 | 137 | IRS Department of the Treasury | PER ORDER DATED 02/20/2020 Withholdings for Medicare Withholding | | | | 679.16 | 0.00 |
| 03/10/20 | | LEONARDO FUENTES-Wage Taxes | LEONARDO FUENTES (Medicare) | 56.43 | 5300-000 | | | 0.00 |
| 03/10/20 | | | Vicente Escalante (Medicare) | 90.70 | 5300-000 | | | 0.00 |
| 03/10/20 | | | Robert Kroo (Medicare) | 8.97 | 5300-000 | | | 0.00 |
| 03/10/20 | | | Pedro A Granadeno (Medicare) | 45.70 | 5300-000 | | | 0.00 |
| 03/10/20 | | | Luis A Aguilera (Medicare) | 37.85 | 5300-000 | | | 0.00 |
| 03/10/20 | | | Lazaro del Cid Aleman (Medicare) | 50.44 | 5300-000 | | | 0.00 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 15

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 15-11434 VSK | | | Trustee: | Amy L. Goldman | |
| Case Name: | YKA Industries, Inc. | | | Bank Name: | Texas Capital Bank | |
| | | | | Account: | ******1988 - Checking Account | |
| Taxpayer ID#: | **-***2264 | | | Blanket Bond: | $5,000,000.00 (per case limit) | |
| Period Ending: | 07/06/20 | | | Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/20 | | | Jose Orlando Cordova                83.37<br>(Medicare) | 5300-000 | | | 0.00 |
| 03/10/20 | | | Jorge A Garcia (Medicare)          20.58 | 5300-000 | | | 0.00 |
| 03/10/20 | | | Jesus Almanza (Medicare)           95.82 | 5300-000 | | | 0.00 |
| 03/10/20 | | | Jesus Almanza (Medicare)           16.69 | 6950-720 | | | 0.00 |
| 03/10/20 | | | Gabriela Lopez (Medicare)          44.36 | 5300-000 | | | 0.00 |
| 03/10/20 | | | Gabriela Lopez (Medicare)          70.83 | 6950-720 | | | 0.00 |
| 03/10/20 | | | Francisco Garcia (Medicare)        57.42 | 5300-000 | | | 0.00 |
| 03/27/20 | 134 | LEONARDO FUENTES | PER ORDER DATED 02/20/2020<br>Gross: $3,891.96 SocSec: $241.30 Medicare:<br>$56.43 State: $38.92 LEONARDO FUENTES | 5300-003 | | -3,555.31 | 3,555.31 |
| 05/02/20 | 138 | Clerk of the United States<br>Bankruptcy Court | Pursuant to Federal Rule of Bankruptcy<br>Procedure 3011 and 11 U.S.C .<br>§347Unclaimed - Leonardo Fuentes Priority<br>Wage | 5300-001 | | 3,555.31 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 417,207.74 | 417,207.74 | $0.00 |
| Less: Bank Transfers | | 414,982.71 | 0.00 | |
| **Subtotal** | | **2,225.03** | **417,207.74** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$2,225.03** | **$417,207.74** | |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page:  16

| | |
|---|---|
| **Case Number:** | 15-11434 VSK |
| **Case Name:** | YKA Industries, Inc. |
| **Taxpayer ID#:** | **-***2264 |
| **Period Ending:** | 07/06/20 |

| | |
|---|---|
| **Trustee:** | Amy L. Goldman |
| **Bank Name:** | Texas Capital Bank |
| **Account:** | ******2242 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/23/17 | Asset #12 | LNA Builders, Inc. | Initial Settlement Payment - PURSUANT TO COURT APPROVAL | 1249-000 | 5,000.00 | | 5,000.00 |
| 12/04/17 | Asset #12 | LNA Builders, Inc. | SETTLEMENT PAYMENT | 1249-000 | 10,000.00 | | 15,000.00 |
| 04/03/18 | | YKA Industries, Inc. | From #####2242 To #####1988 | 9999-000 | | 15,000.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 15,000.00 | 15,000.00 | **$0.00** |
| Less: Bank Transfers | 0.00 | 15,000.00 | |
| **Subtotal** | 15,000.00 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,000.00** | **$0.00** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1988** | 2,225.03 | 417,207.74 | 0.00 |
| **Checking # ******2242** | 15,000.00 | 0.00 | 0.00 |
| **Checking # ******8407** | 401,265.99 | 6,283.28 | 0.00 |
| **Checking # ******8431** | 5,000.00 | 0.00 | 0.00 |
| | **$423,491.02** | **$423,491.02** | **$0.00** |